| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 31 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DOUG SMITH; ROBERT GRIFFIN; ALLEN VEZEY; ALBERT HAYNES; TREVOR SHAW; FAMILIES OF THE LAST FRONTIER; ALASKA FREE MARKET COALITION,

    Plaintiffs-Appellants,

v.

ANNE HELZER, in her official capacity as chair of the Alaska Public Offices Commission; LANETTE BLODGETT; RICHARD STILLIE, Jr.; SUZANNE HANCOCK; DAN LASOTA, official capacities as members of the Alaska Public Offices Commissions,

    Defendants-Appellees,

ALASKANS FOR BETTER ELECTIONS, INC.,

    Intervenor-Defendant-Appellee.

No. 22-35612

D.C. No. 3:22-cv-00077-SLG
District of Alaska, Anchorage

ORDER

Before: MURGUIA, Chief Judge, and FORREST and SUNG, Circuit Judges.

This matter is stayed pending resolution of the petition for rehearing en banc in *No on E v. Chiu*, No. 22-15824.